**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

JAMIE JORDAN, ET AL.,                                                              PLAINTIFFS

VS.                                                                          NO. 4:00cv15-WAP-EMB

JEFF STEWART,                                                                        DEFENDANT

**ORDER DISMISSING CASE**

Upon consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated October 14, 2005, was on that date duly served by regular mail upon the *pro se* plaintiffs and defendant at their last known addresses, that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

l. That the Report and Recommendation of the United States Magistrate Judge dated October 14, 2005, is approved and adopted as the opinion of the Court;

2. That all of the claims of each plaintiff are hereby dismissed with prejudice for plaintiffs' failure to prosecute and obey an order of the Court; and

3. That the Clerk shall forthwith **CLOSE** this case.

**THIS**, the 7th day of December, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE